**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Case No.: 1:21-CV-00553-DNH-CFH

R.B., individually, and on behalf
of all those similarly situated;

    Plaintiff,

v.

United Behavioral Health;

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, through undersigned counsel, submits this Unopposed Motion For Preliminary Approval Of Class Action Settlement. This motion seeks the Court's preliminary approval of the settlement described in the Settlement Agreement (filed contemporaneously). The motion also seeks approval of the class and CAFA notices, filed here with the Court, and further seeks an Order that directs Notice to be sent the certified class members. Finally, the motion seeks the setting of a hearing date and schedule for Final Approval.

Dated: 12.17.2024    .                    Respectfully submitted:

*/s/ Jordan Lewis*
**JORDAN LEWIS, P.A.**
Jordan Lewis (Fl. Bar No. 97997)*
4473 N.E. 11th Avenue
Fort Lauderdale, FL  33334
Telephone:  (954) 616-8995
Facsimile:  (954) 206-0374
Email:  Jordan@jml-lawfirm.com

Randi A. Kassan (N.D.N.Y. Bar No. 517821)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
516-741-5600
Fax: 516-741-0128
Email: rkassan@milberg.com

Arthur M. Stock*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
800 S Gay Street - Suite 1100
Knoxville, TN 37929
215-875-5704
Fax: 215-875-4604
Email: astock@milberg.com
* Admitted *pro hac vice*
**Attorneys For Plaintiff**

1

## CERTIFICATE OF SERVICE

I certify that on December 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing by CM/ECF:

Geoffrey M. Sigler
Clare F. Steinberg
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
gsigler@gibsondunn.com
csteinberg@gibsondunn.com

James A. Tsouvalas
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071
jtsouvalas@gibsondunn.com

                                                    */s/ Jordan Lewis*
                                                     Jordan Lewis